AO 91 (Rev. 5/85) Criminal Complaint

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

**CRIMINAL COMPLAINT**

**UNITED STATES OF AMERICA**

**v.**

FILED

SEP 1 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
      DEPUTY CLERK

*Venthy CHAN,*
*Miv CHAN,*
*Paul THOV,*
*Leng UNG, and*
*San Sok "Vinnie" PROM*

**CASE NUMBER:** *1:07-mJ-212 SMS*

**(If search warrant is issued regarding this complaint, indicate above the case number assigned.)**

I, **Scott Kunkel,** being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning at a time unknown, but no later than September 14, 2007, and continuing until the present, in Fresno, San Joaquin, and Stanislaus County, in the **Eastern** District of **California, and elsewhere,**

The defendants knowingly conspired to manufacture and distribute marijuana

in violation of Title 21, United States Code, Section(s) __841(a)(1) and 846__, with a maximum penalty of life imprisonment, **$4,000,000** dollar fine, and $100 penalty assessment.

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:     *(Official Title)*

See Attachment A.

Continued on the attached sheet and made a part hereof:   **X** Yes ___ No

_Signature of Complainant_

**Scott Kunkel, Special Agent, DEA**

Sworn to before me and subscribed in my presence,

September **15**, 2007
*(Date)*

Honorable _____
U.S. District Magistrate Judge
*(Name & Title of Judicial Officer)*
SM SNYDER

at     Fresno, California
*(City and State)*

_____
*(Signature of Judicial Officer)*

1

2

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR COMPLAINT**

3     I, Scott A. Kunkel, after being duly sworn, depose and say as follows:

4     1. I am a Special Agent of the Drug Enforcement Administration (DEA), United States

5 Department of Justice. I have been so employed since March of 2002. I have been assigned to

6 the DEA Fresno Resident Office since July of 2002. I completed a 16 week DEA Basic Agent

7 Training Academy at the Justice Training Center in Quantico, Virginia. This training included

8 instruction in the investigation of federal drug violations, including, but not limited to, Title 21

9 of the United States Code, Sections 841(a)(1) and 846. I have furthermore received specialized

10 training in the investigation of clandestine methamphetamine laboratories, basic

11 telecommunications exploitation, narcotics interdiction, domestic money laundering, and

12 conspiracy investigations. I am familiar with, and have participated in, all of the conventional

13 investigative methods, including but not limited to, electronic surveillance, visual surveillance,

14 general questioning of witnesses, search warrants, confidential informants, pen registers, trap

15 and trace, and the use of undercover agents. I have participated in numerous investigations

16 involving organizations trafficking in controlled substances which have led to the seizure of

17 narcotics and the arrest of drug cultivators, manufacturers, and traffickers. I have testified before

18 Federal Grand Jury concerning the illegal sales and distribution of controlled substances. As a

19 result of this training and experience, I have become acquainted with various persons engaged in

20 the illegal manufacturing, possession, transportation, and sales of controlled substances, and the

21 various methods used by these persons to possess, transport, and sell controlled substances. I

22 have also become acquainted with the identification of various controlled substances,

23 paraphernalia, and records associated with the illegal possession, transportation, and sales of

24 controlled substances. I am an investigative or law enforcement officer of the United States

25 within the meaning of Title 18 U.S.C. Section 2510(7), and I am empowered by law to conduct

26 investigations and make arrests for federal felony offenses.

27     2. I have probable cause to believe that Miv CHAN, Leng UNG, Venthy CHAN, Paul

28 THOV, and San Sok "Vinnie" PROM have conspired to manufacture and distribute marijuana, in

1

1  violation of Title 21, United States Code, Section 846 and 841 (a)(1), alleging that the

2  defendants knowingly and intentionally participated in a conspiracy with each other on no later

3  than September 14, 2007, in the Counties of Fresno, San Joaquin, and Stanislaus.

4          3. This affidavit is made, in part, on personal knowledge derived from my participation

5  in this investigation, and, in part, upon information and belief developed by other agents

6  involved in this investigation. The source of my information and beliefs are:

7          A.      Oral and written reports about this investigation, which I obtained from

8          the Stanislaus Drug Enforcement Agency (SDEA), the Central Valley California High

9          Intensity Drug Trafficking Area Task Force (HIDTA), the California Multi Jurisdictional

10         Methamphetamine Enforcement Team (Cal MET), the Drug Enforcement Administration

11         (DEA) and other law enforcement agencies.

12         B.      Physical surveillance conducted by the above agencies and others.

13         C.      Debriefings of Confidential Sources (CS's).

14                                          I.

15                                  **PROBABLE CAUSE**.

16         4. On September 14, 2007, SA Michael Tighe of the Drug Enforcement Administration

17  was viewing images conveyed by a surveillance camera at a field located behind 7624 Kemper

18  Road, Modesto, California and observed approximately four men carrying boxes from the field

19  and later loading them into a truck. Later that same date, agents of the Stanislaus Drug

20  Enforcement Agency (SDEA) and Stanislaus County Sheriff's Department (SCSD) pulled over

21  the truck and a white Honda sedan which appeared to be traveling in tandem with the truck after

22  they left the location of the field. Agents could detect the smell of marijuana while following the

23  vehicles. The vehicles were stopped and approximately 50-150 boxes of marijuana were found

24  in the truck, weighing approximately five pounds each. San Sok Vinnie PROM was driving the

25  vehicle. The officers also arrested the driver of the Honda, Leng UNG, and the passenger in the

26  ///

27  ///

28  ///

2

1  Honda, Venthy CHAN.[1]  The officers found a handgun (registered to UNG) and a rifle in the
2  Honda.  All three individuals were covered in mud from the field.

3       5. Venthy CHAN[2] identified 1857 E. Jefferson Avenue, Fresno as his residence,
4  indicating that he moved back and forth between that residence and another address which law
5  enforcement know is no longer owned by his family.  Leng UNG identified his residence as 5796
6  Caribbean Circle, Stockton, California.

7       6. The surveillance which led to the arrest of these individuals is the result of an
8  investigation which commenced prior to September 14, 2007.

9       7. On May 2, 2007, agents of the California Bureau of Narcotic Enforcement saw  Miv
10  CHAN, Paul THOV, and Leng UNG have lunch together in Stockton, CA.  They left from 5760
11  Caribbean Circle, Stockton, CA (believed to be the residence of Miv CHAN) driving in a vehicle
12  which (at that time) was registered to THOV.  THOV and Miv CHAN then drove UNG to a
13  business at 8626 Lower Sacramento Road, Suite 12, Stockton, California.  THOV and CHAN
14  then were followed to the Home Depot and seen purchasing 5 bags of Miracle Grow and 2 boxes
15  of garbage bags.  Miracle Grow, while it has other uses, is also commonly used in growing
16  marijuana plants.  Agents then observed THOV and Miv CHAN drive to 9702 Chianti Circle,
17  Stockton, CA (believed to be the residence of Paul THOV).  They were then followed to 5760

18

19     [1] On August 28, 2007, Fresno County Sheriff Department detectives seized 1,039
   marijuana plants from the field behind 4783 W. Manning Avenue in Fresno, California. After
20  obtaining a state search warrant, FCSD detectives seized an additional 70 marijuana plants from
   a closet in the residence. Venthy CHAN's wallet was found in the same closet.
21
      [2] On January 4, 2007, Venthy CHAN's girlfriend, Christa KHAMPHOUNE, was the
22  victim of a home invasion/robbery at V. CHAN's residence at 1857 E. Jefferson Avenue in
   Fresno, CA.  Friends of CHAN's arrived shortly thereafter in a pickup. Officers of the Fresno
23  County Sheriff's Department (FCSD) arrived later and conducted a consent search of the pickup
   and found approximately three pounds of marijuana.  One of the occupants of the pickup claimed
24  to have retrieved it from the property at the direction of a person he believed to be Venthy
   CHAN.  CHAN and San Sok Vinnie PROM arrived later in a vehicle registered to Paul THOV.
25  A consent search of the vehicle resulted in the discovery of $8,900. PROM initially told officers
   there was nothing in the vehicle belonging to him.  After a drug canine alerted to the center
26  console of the vehicle and the money was found inside it, PROM claimed to have won the
   money on a sports bet through a bookie.  FCSD detectives located remnants of marijuana, a
27  digital scale, and a currency counting machine in an outbuilding behind the property.  V. CHAN
   claimed that he never went in there.  KHAMPHOUNE told detectives just the opposite.  CHAN
28  was arrested on an outstanding warrant and later released.

3

1  Caribbean Circle (believed to be Miv CHAN's residence) and seen loading the Miracle Grow
2  and other equipment into the garage of that residence.

3      8. On May 3, 2007, agents saw UNG arrive at 5760 Caribbean Circle (the residence of
4  Miv CHAN) and leave after no one answered the door. UNG then was seen driving to 9072
5  Chianti Circle (believed to be THOV's residence) and then to 7624 Kemper Street in Modesto
6  (the location of surveillance on today's date which resulted in the arrested of PROM, UNG, and
7  Venthy CHAN). UNG and THOV, after they arrived, were seen plowing the field behind the
8  residence.

9      9. Agents continued to monitor the field on Kemper Road in the months thereafter. On
10 June 5, 2007, agents monitoring the field saw an individual working in the field. The vehicle
11 near the field was registered to UNG. That same day, agents observed Miv CHAN and PROM
12 drive back and forth between the residences located at 5760 Caribbean Circle, Stockton
13 (believed to be Miv CHAN's residence) and 9072 Chianti Circle, Stockton (believed to be the
14 residence of THOV).[3]

15     10. On August 1, 2007, agents of the DEA Fresno Resident Office observed hundreds of
16 marijuana plants growing in the field between growing vegetables. On August 30, 2007, DEA
17 SA Julian Soriano observed Paul THOV (having arrived in a vehicle which had been previously
18 registered to him but was now registered to Miv CHAN) in the field behind 7624 Kemper Road
19 in Modesto, California, carrying ice to a nearby shed. A Datsun coupe was parked in the field
20 (during the January 4, 2007 incident, PROM had identified this vehicle as his). On September 1,
21 2007, an agent saw the same Datsun vehicle parked near the Kemper field. Another agent saw
22 the same vehicle parked near the field on both September 2 and 3, 2007 as well. On September
23 5, 2007, agents again observed hundreds of marijuana plants growing in the field. On September
24 6, 2007, an agent saw two individuals carrying folded boxes into the marijuana field. Another
25 agent saw a vehicle registered to UNG parked at a shed near the field along with two individuals.

26

27 [3] In August 2007, a Special Agent contacted the utility company which serviced 5760
   Caribbean Circle and determined that the utilities were subscribed to Miv CHAN and another
   individual. During that same time, a Special Agent contacted the utility company which serviced
28 9072 Chianti Circle, Stockton and learned that the utilities were subscribed to THOV and
   another individual.

4

1  UNG's vehicle later was driven into the field and parked. UNG was seen leaving the vehicle and
2  meeting with two other men, then carrying a box back to his truck. All three men then entered
3  the pick-up and drove north to the residence area located near the field, and then left the
4  property. The vehicle was lost during surveillance and later found backed into the driveway at
5  5794 Caribbean Circle (the residence located next to UNG's residence at 5796 Caribbean Circle).

6      11. On September 8, 2007, agents were again surveilling the marijuana field behind 7624
7  Kemper Road, Modesto. The Datsun coupe was again seen parked near the shelter in the field
8  containing marijuana. Then agents saw two men enter the Datsun and drive to the area near the
9  residence. Later that day, agents were surveilling the residences on Carribean Circle, Stockton.
10 The Datsun was later seen in the driveway at 5760 Caribbean Circle (believed to be the residence
11 of Miv CHAN's). UNG's vehicle was seen in a driveway at 5796 Caribbean Circle (believed to
12 be his residence. UNG's vehicle then drove to Miv CHAN's residence). Miv CHAN was seen
13 driving the vehicle previously registered to Paul THOV (and which THOV had been seen
14 driving on August 30, 2007), from his garage and onto the street in front of his residence. UNG
15 backed his vehicle up to the garage. Both Miv CHAN and UNG were seen loading items into
16 the pick-up. UNG then drove to 5794 Carribean, the residence next to UNG's residence, and
17 backed into the driveway. A short time later, Miv CHAN left his residence in the vehicle
18 previously registered to THOV, traveled a short distance to 5794 Caribbean Circle, parked his
19 car, and entered the garage. Shortly after, an agent observed that the garage was closed but
20 could hear loud hammering/banging from inside the garage. Agents later returned to the Kemper
21 marijuana field and saw two men in the garden, one of which appeared to be carrying a full
22 garbage bag.

23      12. On September 14, 2007, a Special Agent with DEA interviewed the individual who
24 owned the property at Kemper Road. The landowner identified photographs of Leng UNG, Paul
25 THOV, and Miv CHAN. He indicated that UNG had leased the property using the name Jay
26 CHAN and that he had previously seen UNG, THOV, and CHAN working in the field at that
27 location.

28 ///

5

1    13. I have presented this affidavit to Kathleen Servatius, Assistant United States

2  Attorney, and she has advised me that, in her opinion, the proposed complaint is in proper form

3  and is supported by probable cause.

4    **III. CONCLUSION**

5    14. Based upon this information, there is probable cause to believe that Miv CHAN,

6  Leng UNG, Venthy CHAN, Paul THOV, and San Sok "Vinnic" PROM, have conspired to make

7  and distribute marijuana, in violation of Title 21, U.S. Code, Section 846 and 841(a)(1) .

8

9                                        Special Agent

10                                       Drug Enforcement Administration

11  SWORN AND SUBSCRIBED TO BEFORE ME
12  THIS __15th__ DAY OF __Sept__, 2007.

13

14  HONORABLE
15  United States Magistrate/District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

6