LAWRENCE G. BROWN
Acting United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00239-LJO |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | SENTENCING AND ORDER |
| ) | |
| PAUL THOV, ) | Date: April 17, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Courtroom Four |
| ) | Honorable Lawrence J. O'Neill |

This matter was currently set for a sentencing hearing on April 17, 2009. The parties agree and stipulate that the sentencing hearing should be continued in order to allow defense counsel an opportunity to attend the interview with probation and confer with her client. Defense counsel recently suffered an injury that required surgery. During the recuperative period, counsel is primarily housebound and unable to attend the probation interview with her client. As such, the presentence report cannot be completed on time. Additional time is needed to complete both the interview and the presentence report. The government and counsel hereby agree to a sentencing date of May 29, 2009 at 9:00 a.m. The probation officer also concurs with the requested date.

Therefore, the parties have agreed to continue, and request the court to continue the

//

//

//

defendant's sentencing in this case to May 29, 2009 at 9:00 a.m.

Dated: March 19, 2009					LAWRENCE G. BROWN
							Acting United States Attorney


							By: /s/ Laurel J. Montoya
							LAUREL J. MONTOYA
							Assistant U.S. Attorney

Dated: March 29, 2009

							 /s/ Gayle Gutekunst
							GAYLE GUTEKUNST
							Attorney for the Defendant
							Paul Thov

## ORDER

Good Cause exists for the continuance. The Sentencing in the above entitled matter set for April 17, 2009 is continued to May 29, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 23, 2009**			/s/ Lawrence J. O'Neill
							UNITED STATES DISTRICT JUDGE