GAYLE GUTEKUNST, CA 91826
Attorney at Law
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 865-0920
Facsimile: (415) 421-1312
gutekunst@gutekunstlaw.com

Attorney for Paul THOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-CR-00239-LJO |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | THOV'S REQUEST |
| vs. ) | TO FILE SENTENCING |
| ) | STATEMENT UNDER SEAL |
| ) | PER LR 39-141(D) |
| PAUL THOV, et al., ) | Time: 8:30 a.m. |
| ) | Date: 5/29/09 |
| Defendants. ) | EDCal Local Rule 39-141(d) |
| _____) | |

Defendant Paul THOV has filed a formal Request for an order directing that he be permitted to file his Sentencing Statement under seal electronically. The Request states that Mr. THOV is seeking a court determination of whether he was a "minor" participant in the conduct underlying the case, which would entitle him to a two-level reduction. Mr. THOV submits that in order to meet his burden of proof on this issue, he must present facts about his conduct and facts about the conduct of others, and gauge his level of responsibility by assessing the conduct "globally."

He also states that he is seeking a court determination that he meets all of the requirements to qualify for "safety valve" treatment under 18 USC § 3553(e) and USSG 5C1.2. This factor requires that he present evidence of his candor

GAYLE GUTEKUNST
861 Bryant Street
San Francisco, CA
94103
(415) 865-0920

-1-

[PROPOSED] ORDER GRANTING THOV'S REQUEST TO FILE SENTENCING STATEMENT UNDER SEAL

and compliance concerning the offense of conviction and all relevant conduct. In order for the court to make a judgment on this issue, it must have before it his statement, facts about the offense of conviction and facts demonstrating any "relevant conduct."

Mr. THOV has pleaded guilty to Count 5 of the indictment, aiding and abetting the possession of marijuana with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Mr. THOV has supplied the court with a copy of his Objections to the PSR, which set forth in detail the facts supporting his objections and identifying references. He has indicated that he will be reiterating those facts and adding others in his Sentencing Statement. Given the nature of the offenses charged in the indictment, the offense to which he pleaded, and breadth of the conduct alleged, this court determines that disclosure of the facts Mr. THOV will use to support his legal positions would result in particularized harm to the government and the agencies investigating this conduct.

Accordingly, for good cause shown, the court ORDERS that the following document shall be filed under seal:

Mr. THOV's Sentencing Statement.

IT IS SO ORDERED. Defense Counsel shall serve an unsealed sentencing statement to the Government forthwith.

Dated: May 27, 2009

                                      ___/s/ Lawrence J. O'Neill____
                                      LAWRENCE J. O'NEILL
                                      United States District Court Judge

GAYLE GUTEKUNST
861 Bryant Street
San Francisco, CA
94103
(415) 865-0920

-2-

[PROPOSED] ORDER GRANTING THOV'S REQUEST TO FILE SENTENCING STATEMENT UNDER SEAL